UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:22-cv-2229 KJM DB P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2023, the undersigned issued findings and recommendations recommending that: (1) plaintiff's motion to proceed in forma pauperis (ECF No. 2) be denied; (2) the court find that plaintiff has accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action; and (3) the court order plaintiff to pay the $402 filing fee in order to proceed with this action. (ECF No. 8.) The District Judge adopted the findings and recommendations on July 11, 2023. (ECF No. 9.) Plaintiff was granted thirty days to pay the filing fee. (Id.)

Thirty days from that date have now passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order. Accordingly, the undersigned will recommend that this action be dismissed without prejudice.

////

1

IT IS HEREBY RECOMMENDED that:

1. This action be dismissed without prejudice; and
2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty (20) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 24, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil RightsR/driv2229.ifp.fr

2